1  RUTAN & TUCKER, LLP
   Milford W. Dahl, Jr. (State Bar No. 36796)
2  Ako S. Williams (State Bar No. 212451)
   611 Anton Boulevard, Fourteenth Floor
3  Costa Mesa, California 92626-1931
   Telephone:  714-641-5100
4  Facsimile:   714-546-9035

5  Attorneys for Plaintiff
   CREDIT MANAGERS ASSOCIATION OF
6  CALIFORNIA dba CMA BUSINESS CREDIT
   SERVICES

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                          WESTERN DIVISION

11 | CREDIT MANAGERS ASSOCIATION OF         | Case No. CV06-2635SVW (RZx)
   | CALIFORNIA, a California corporation, doing |
12 | business as CMA BUSINESS CREDIT        |
   | SERVICES, as assignee of Eurotech Lighting, |
13 | LLC, a Florida limited liability company, |
   |                                        | **NOTICE OF VOLUNTARY DISMISSAL**
14 |              Plaintiff,                | **WITHOUT PREJUDICE**
   |                                        |
15 |              vs.                       |
   |                                        |
16 | EGLO LEUCHTEN GmbH, an Austrian        |
   | corporation; SCOT HARTMAN, an individual; |
17 | and DOES 1 through 20, inclusive,      |
   |                                        |
18 |              Defendants.               |

-1-

NOTICE OF DISMISSAL

1 NOTICE IS HEREBY GIVEN that, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1), claimant Credit Managers Association of California voluntarily dismisses its complaint against defendants EGLO LEUCHTEN GmbH and Scot Harman in the above-captioned action without prejudice.

Dated: May 10, 2006

RUTAN & TUCKER, LLP

By: _____
Milford W. Dahl, Jr.
Attorneys for Plaintiff
CREDIT MANAGERS ASSOCIATION OF CALIFORNIA dba CMA BUSINESS CREDIT SERVICES


# PROOF OF SERVICE BY MAIL

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed by the law office of Rutan & Tucker, LLP in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 611 Anton Boulevard, Fourteenth Floor, Costa Mesa, California 92626-1931.

On May 12, 2006, I served on the interested parties in said action the within:

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

by placing a true copy thereof in sealed envelope(s) addressed as stated below:

| | |
|---|---|
| Bruce H. Jackson, Esq.<br>Baker & McKenzie, LLP<br>Two Embarcadero Center, 24th Flr.<br>San Francisco, CA 94111 | Scott Hartman<br>11355 NW 19th Drive<br>Coral Springs, FL 33071 |

In the course of my employment with Rutan & Tucker, LLP, I have, through first-hand personal observation, become readily familiar with Rutan & Tucker, LLP's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice I deposited such envelope(s) in an out-box for collection by other personnel of Rutan & Tucker, LLP, and for ultimate posting and placement with the U.S. Postal Service on that same day in the ordinary course of business. If the customary business practices of Rutan & Tucker, LLP with regard to collection and processing of correspondence and mailing were followed, and I am confident that they were, such envelope(s) were posted and placed in the United States mail at Costa Mesa, California, that same date. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on May 12, 2006, at Costa Mesa, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| Debbie Corwin<br>(Type or print name) | _(Signature)_ |

793/024865-0001
710089.01 a05/12/06